

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| DAVID TREVIZO, | § | No. 08-19-00069-CR |
|  | § |  |
| Appellant, | § | Appeal from |
|  | § |  |
| v. | § | 41st District Court |
|  | § |  |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
|  | § |  |
| Appellee. | § | (TC # 20140D05903) |
|  | § |  |

## MEMORANDUM OPINION

David Trevizo is attempting to appeal the trial court's judgment revoking community supervision. Finding that Appellant did not timely file his notice of appeal, we dismiss the appeal for lack of jurisdiction.

A timely notice of appeal is necessary to invoke this Court's jurisdiction. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex.Crim.App. 1996). In a criminal case, a defendant's notice of appeal is due within thirty days after the sentence is imposed in open court or the trial court enters an appealable order. *See* TEX.R.APP.P. 26.2(a)(1). The trial court revoked Appellant's community supervision and imposed the original ten-year sentence assessed when the court placed Appellant on probation in 2016. The court imposed sentence on January 24, 2019. Consequently, the notice of appeal was due to be filed no later than February 23, 2019. Although Appellant filed his notice of appeal on March 1, 2019, which is within fifteen days of the filing deadline, he did not file an

extension motion. *See* TEX.R.APP.P. 26.3 (a court of appeals may extend the time to file the notice of appeal if, within 15 days after the deadline for filing the notice of appeal, the party files in the trial court the notice of appeal, and files in the appellate court a motion complying with Rule 10.5(b)). In the absence of a timely filed notice of appeal, a court of appeals does not have jurisdiction to address the merits of the appeal in a criminal case and can take no action other than to dismiss the appeal for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex.Crim.App. 1998). Accordingly, we dismiss the appeal for lack of jurisdiction.

April 18, 2019

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.

(Do Not Publish)